IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION No. 09-CV-00701 - *PAB-MJW*

William Rogers

Plaintiff

v.

Defendent
Rita Marie Jackson

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 9 - 2009

GREGORY C. LANGHAM
CLERK

## NOTICE AND DEMAND TO WTHDRAW THIS CASE No 09-CV-00701 AGAINST RITA MARIE JACKSON

COMES NOW William –Moore; Rogers, being a native born American, non-U.S. citizen-subject, claiming full unlimited, inalienable Rights secured by the Constitutions for the united States of America and in the Constitution for the State of Colorado Republic.

The Plaintiff is requesting this Honorable Court to dismiss this action against Rita Marie Jackson case # 09-CV-00701. On this day, July 9th 2009.

Respectfully submitted,

*[signature]*
William-Moore; Rogers

All rights reserved

**The UPS Store**
11605 Meridian Market View
Falcon, CO 80831
719.886.4290 Tel
719.886.4292 Fax



# FAX

To _GREGORY C. LANGHAM_  From _WILLIAM-MOORE; ROGERS_

Company _USDC_  Department _____

Fax number _303/335·2714_  Fax number _____

Tel number _____  Tel number _____

Date _7-9-2009_  Date _7-9-2009_

Total Pages _____  Job number _____

---

ATTN: GREGORY C. LANGHAM
CLERK OF THE COURT
USDC

PLEASE ADD THIS DOCUMENT
TO CASE JACKET NO. 09-CV-00701

**The UPS Store**